STATE OF NEW JERSEY v. THOMAS McCANDLESS.

November 1, 1983.

Petition for certification denied.

CAROL M. SHEETS v. PEQUANNOCK MOTOR ASSOCIATES.

November 1, 1983.

ORDERED that the motion for leave to appeal is granted, and the orders of the Superior Court, Law Division, Morris County of July 7, 1983 and August 3, 1983, denying the motions to effect substituted service upon Arkenstone, Inc., are summarily reversed; and it is further

ORDERED that the motion for stay pending appeal is dismissed as moot.

Jurisdiction is not retained.

HOWARD NEEDLES TAMMEN v. PELLATON & CHAPMAN.

November 1, 1983.

ORDERED that the motion for leave to appeal is granted, and the order of the Superior Court, Law Division, Bergen County, of June 9, 1983, denying the motion for consolidation is summarily reversed.

Jurisdiction is not retained.